MARY COSTELLO AND PETER COSTELLO, RESPONDENTS, v. DIRECTOR-GENERAL OF RAILROADS, APPELLANT.

Submitted December 6, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"On the night of February 22d, 1918, a married woman, the plaintiff, was injured while using the stairway at the

Summit avenue station of the Hudson and Manhattan Railway Company, due, as she alleges, to an accumulation of ice upon the stairway, which the defendant had negligently permitted to remain there after the expiration of a reasonable time to charge it with notice of the danger incident to the use of the way in that condition.

"This was the second trial of the case, and again the verdict was for the plaintiff. There was evidence of these facts before the jury and verdict predicated thereon is sustainable. *Murphy* v. *New Jersey Street Railway,* 81 *N. J. L.* 706; *Schnatterer* v. *Bamberger, Id.* 558.

"The facts were controverted and that status presented a jury question. The brief of defendant presents the controverted facts for our consideration, but, as this is not a rule to show cause, we are not concerned with the weight of the testimony, or the credibility of the witnesses.

"The only questions argued are the refusals to order a nonsuit and to direct a verdict, and since there was a dispute upon the essential facts of the case, we think the trial court was correct in its rulings in both respects.

"The judgment will be affirmed."

For the appellant, *Alexander Simpson.*

For the respondents, *George S. Hobart* and *Edward A. Markley (Collins & Corbin* on the brief).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

*For reversal*—None.